IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CLAYTON JAMES PHILLIPS      )
                                  )
v.                                 )
                                  )
NATIONSTAR MORTGAGE, LLC;    )      No. 3-13-1414
BAC HOME LOANS SERVING, LP   )
f/k/a Countrywide Home Loans      )
Servicing, LP; BANK OF AMERICA,  )
N.A.; AGENCY MORTGAGE       )
CORPORATION; MORTGAGE      )
ELECTRONIC REGISTRATION     )
SYSTEMS, INC., as nominee for Agency )
Mortgage Corporation; MORTGAGE  )
ELECTRONIC REGISTRATION     )
SYSTEMS, INC.; MERSCORP      )
HOLDINGS; and GMAC MORTGAGE )
CORPORATION                  )

INITIAL CASE MANAGEMENT ORDER

The following matters were addressed at the initial case management conference held on February 3, 2014:

1.      All defendants have been served except for Agency Mortgage Corporation, which the defendants believe may now be defunct.

2.      The plaintiff shall have until February 13, 2014, to file a reply to the response (Docket Entry No. 12) to the plaintiff's motion to remand (Docket Entry No. 10).

3.      The defendants shall have 30 days from the ruling on the plaintiff's pending motion to remand to file a response to the complaint.[1]

4.      Within 30 days of any denial of the motion to remand, a further case management conference will be scheduled, after which a full case management order will be entered, using the parties' proposed initial case management order presented to the Court on February 3, 2014, as a framework for the parties to e-file a proposed, revised case management order prior thereto.

---

[1] Defendants' counsel advised that they intended to file a motion to dismiss in response to the complaint either in this Court or in State Court.

The Clerk is directed to forward the file in this case to the Honorable John T. Nixon for his consideration of the plaintiff's motion to remand and accompanying memorandum (Docket Entry Nos. 10-11), the response in opposition and accompanying affidavit (Docket Entry Nos. 12-13), and the plaintiff's reply to be filed by February 13, 2014.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge

2