IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CLAYTON JAMES PHILLIPS | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONSTAR MORTGAGE, LLC; | ) | No. 3-13-1414 |
| BAC HOME LOANS SERVING, LP | ) | |
| f/k/a Countrywide Home Loans | ) | |
| Servicing, LP; BANK OF AMERICA, | ) | |
| N.A.; AGENCY MORTGAGE | ) | |
| CORPORATION; MORTGAGE | ) | |
| ELECTRONIC REGISTRATION | ) | |
| SYSTEMS, INC., as nominee for Agency | ) | |
| Mortgage Corporation and Mortgage | ) | |
| Electronic Registration Systems, Inc., | ) | |
| in his corporate capacity; and its parent | ) | |
| company MERSCORP HOLDINGS, | ) | |
| INC.; ALLY BANK; and its parent | ) | |
| company ALLY FINANCIAL, INC. | ) | |

O R D E R

On August 29, 2014, the plaintiff filed his first amended complaint (Docket Entry No. 34). As addressed during the initial case management conference held on and in the order entered August 15, 2014 (Docket Entry No. 33), the defendants' motion to dismiss (Docket Entry No. 26) is rendered MOOT, and the Clerk is directed to terminate that motion as pending.

The defendant shall have until September 19, 2014, to file a motion to dismiss the plaintiff's first amended complaint. The plaintiff shall have 14 days from the filing of the motion or until October 3, 2014, if the motion is filed on September 19, 2014, to file a response to the motion. Any reply shall be filed within 14 days of the filing of the response or by October 17, 2014, if the response is filed on October 3, 2014.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge